certiorari to the Court of Customs & Patent Appeals granted. *Messrs. Marion DeVries, Jesse P. Crawford*, and *H. Kennedy McCook* for petitioner. *Solicitor General Thacher, Assistant Attorney General Lawrence*, and *Mr. Robert P. Reeder* for the United States.

No. 278. FORT SMITH SUBURBAN RY. CO. ET AL. *v.* KANSAS CITY SOUTHERN RY. CO. October 17, 1932. Petition for writ of certiorari to the Supreme Court of Arkansas granted. *Messrs. Thomas B. Pryor* and *Edward J. White* for petitioners. *Messrs. Frank H. Moore, A. F. Smith, James B. McDonough, Wm. E. Davis*, and *Samuel W. Moore* for respondent.

No. 283. BURNET, COMMISSIONER OF INTERNAL REVENUE, *v.* GUGGENHEIM. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Attorney General Mitchell, Assistant Attorney General Youngquist*, and *Messrs. Sewall Key, Hayner N. Larson*, and *Erwin N. Griswold* for petitioner. *Messrs. Elihu Root, J. Harry Covington, Elihu Root, Jr.*, and *George E. Cleary* for respondent.

No. 286. NEW YORK CENTRAL R. CO. *v.* The TALISMAN ET AL. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. D. Roger Englar, Leonard J. Matteson*, and *Clive C. Handy* for petitioner. *Mr. Chauncey I. Clark* for respondents.

No. 304. NEW YORK *v.* IRVING TRUST CO., TRUSTEE. October 17, 1932. Petition for writ of certiorari to the